IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES TERRY HENRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv97-D |
| | ) WO |
| JOHN SNOTGRASS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On April 27, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and the same is hereby ADOPTED, APPROVED and AFFIRMED and that this case is hereby DISMISSED without prejudice for Plaintiff's failure to properly prosecute this action and comply with the orders of the court.

An appropriate judgment is being entered contemporaneously herewith.

Done this 16th day of May, 2005.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE